KELLY LELEUX,

      Plaintiff,

v.                                 Case No. 6:17-cv-747-Orl-37TBS

THE COVELLI FAMILY LIMITED
PARTNERSHIP; COVELLI FAMILY
LIMITED PARTNERSHIP II; and
COVELLI FAMILY LIMITED
PARTNERSHIP III,

      Defendants.

_____

## ORDER

Plaintiff initiated this putative collective action against Defendants alleging that they failed to pay her overtime and minimum wages in violation of the Fair Labor Standards Act ("**FLSA**"). (Doc. 1.) On October 17, 2017, after the Court's prodding (Doc. 29), the parties submitted a motion for approval of their settlement agreement pursuant to *Lynn's Food Stores, Inc. v. United States ex rel. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982) (*see* Doc. 30 ("**Motion**"); Doc. 30-1 ("**Agreement**")). On referral, U.S. Magistrate Judge Thomas B. Smith recommends that the Court deny the Approval Motion and reject the Agreement. (Doc. 31 ("**R&R**")).

In his R&R, Magistrate Judge Smith finds problematic the Agreement's: (1) broad release provisions; (2) covenants not to sue; (3) requirement that both parties refrain from disparaging each other; and (4) conflicting confidentiality provision. (*See id.* at 5–9.)

Although the Agreement contains a severability clause, Magistrate Judge Smith concludes that severance could not cure these issues. (*Id.* at 8–9.)

The parties did not object to the R&R, and the time for doing so has now passed. In the absence of objections, the Court has reviewed the R&R only for clear error. *See Wiand v. Wells Fargo Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no clear error, the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 31) is **ADOPTED, CONFIRMED,** and made a part of this Order.

2. The parties' Joint Motion to Approve FLSA Settlement and to Dismiss with Prejudice (Doc. 30) is **DENIED**.

3. The parties' Release and Settlement Agreement (Doc. 30-1) is **REJECTED**.

4. On or before Friday, **November 17, 2017**, the parties may file an amended motion for approval that remedies the defects identified in the Report and Recommendation (Doc. 31). Failure to timely file a motion will render any settlement agreement reached by the parties unenforceable.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on November 3, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record